UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Ernesto Tapia; Beatriz Tapia a/k/a Beatriz Gasca

*Debtor(s),*

Chapter 13

Case No. 13-12366

Judge Donald R. Cassling

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON December 16, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 240, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 9, 2016, with proper postage prepaid.

McCalla Raymer Pierce, LLC
/s/ Toni Townsend
Toni Townsend
ARDC# 6289370
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Pierce File No. 257577-96411

## **NOTICE OF MOTION ADDRESSES**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, IL 60532
**by Electronic Notice through ECF**


To Debtor:
Ernesto Tapia, and Beatriz Tapia
1830 Saint Andrews Cir.
Elgin, IL 60123
**by U.S. Mail**


To Attorney:
Jason Blust
211 W. Wacker Drive Ste. 200
Chicago, IL 60606
**by Electronic Notice through ECF**


McCalla Raymer Pierce, LLC
Attorney For: Creditor
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

257577-96411

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Ernesto Tapia; Beatriz Tapia a/k/a Beatriz Gasca<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 13-12366<br><br>Judge Donald R. Cassling |

## **MOTION TO EXTEND**

NOW COMES Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, by and through its attorneys, McCalla Raymer Pierce, LLC, and requests and extension of time in order to file a Response to the Notice of Final Mortgage Payment Cure, pursuant to Bankruptcy Rule 3002.1(f) and Rule 9006(b), stating as follows:

1. On March 27, 2013 the above captioned petition was filed under Chapter 13 of the Bankruptcy Code.

2. On June 27, 2013 a plan was confirmed.

3. A Proof of Claim was filed by Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America on May 15, 2013.

4. On November 18, 2016 the Chapter 13 Trustee filed a Notice of Final Cure Mortgage Payment re: Rule 3002.1.

5. Pursuant to Rule 3002.1 a response was due December 09, 2016.

6. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America is working on preparing the response.

7. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America requests and extension of time to January 06, 2017 in order to properly respond to the Notice of Final Cure.

8. This motion was submitted timely under the circumstances and not for any improper purpose.

WHEREFORE Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America prays that its Motion to Extend Time be granted and for such further relief as this Honorable Court deems just.

Respectfully Submitted,
Seterus, Inc., as authorized subservicer
for Federal National Mortgage
Association ("Fannie Mae"), a
corporation organized and existing under
the laws of the United States of America

/s/ Toni Townsend
Toni Townsend
ARDC# 6289370

McCalla Raymer Pierce, LLC, Attorney for Plaintiff
Address: 1 N. Dearborn St. Suite 1200, Chicago, IL 60602
Ph. (312) 346-9088; Email: pleadings@pierceservices.com
File No. 257577-96411